UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS 97-10149-PBS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. |
| v. | VIOLATIONS: |
| 1. FRANCISCO A. DURAN, a/k/a "FRANK" | 21 U.S.C. § 846 - Conspiracy To Distribute Heroin |
| 2. IVAN FERMIN, a/k/a "JUNIOR" | |
| 3. ANTONIO ROSARIO, a/k/a "TONY" | 21 U.S.C. § 841(a)(1) Distribution Of Heroin |
| 4. BERNARDO RIVERA, a/k/a "RIGO" | |
| 5. ANGEL TORRES | 18 U.S.C. § 2 - Aiding And Abetting |
| 6. SABINO ACEVEDO | |

# INDICTMENT

**COUNT 1:** (21 U.S.C. § 846 - Conspiracy To Distribute Heroin)

The Grand Jury charges that:

SEALED

From a time unknown to the Grand Jury, but at least by in or about May, 1997, at Boston, and elsewhere in the District of Massachusetts, and elsewhere,

1. FRANCISCO A. DURAN, a/k/a "FRANK"
2. IVAN FERMIN, a/k/a "JUNIOR"
3. ANTONIO ROSARIO, a/k/a "TONY"
4. BERNARDO RIVERA, a/k/a "RIGO"
5. ANGEL TORRES
6. SABINO ACEVEDO

defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with each other, and with other persons known and unknown to the Grand Jury, to possess with intent to distribute, and to distribute quantities of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

I hereby certify on 2/14/08 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on ______
☒ original filed in my office on 6/5/97
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: [signature]
Deputy Clerk

**COUNT 2:** **(21 U.S.C. § 841(a)(1) - Distribution Of Heroin; 18 U.S.C. § 2 - Aiding And Abetting)**

The Grand Jury further charges that:

On or about May 9, 1997, at Boston, in the District of Massachusetts,

1. FRANCISCO A. DURAN, a/k/a "FRANK"
2. IVAN FERMIN, a/k/a "JUNIOR"

defendants herein, acting in furtherance of the conspiracy charged in Count 1, did knowingly and intentionally distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT 3:** (21 U.S.C. § 841(a)(1) - Distribution Of Heroin)

The Grand Jury further charges that:

On or about May 27, 1997, at Boston, in the District of Massachusetts,

3. ANTONIO ROSARIO, a/k/a "TONY"

defendant herein, acting in furtherance of the conspiracy charged in Count 1, did knowingly and intentionally distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT 4:** **(21 U.S.C. § 841(a)(1) - Possession With Intent To Distribute Heroin; 18 U.S.C. § 2 - Aiding And Abetting)**

The Grand Jury further charges that:

On or about May 27, 1997, at Boston, in the District of Massachusetts,

4. BERNARDO RIVERA, a/k/a "RIGO"
5. ANGEL TORRES,

defendants herein, acting in furtherance of the conspiracy charged in Count 1, did knowingly and intentionally possess with intent to distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

<u>COUNT 5</u>: (21 U.S.C. § 841(a)(1) - Distribution Of Heroin)

The Grand Jury further charges that:

On or about May 27, 1997, at Boston, in the District of Massachusetts,

3. ANTONIO ROSARIO, a/k/a "TONY"

defendant herein, acting in furtherance of the conspiracy charged in Count 1, did knowingly and intentionally distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT 6: (21 U.S.C. § 841(a)(1) - Possession With Intent To Distribute Heroin)**

The Grand Jury further charges that:

On or about May 27, 1997, at Boston, in the District of Massachusetts,

6. SABINO ACEVEDO,

defendant herein, acting in furtherance of the conspiracy charged in Count 1, did knowingly and intentionally possess with intent to distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

<u>COUNT 7</u>: (21 U.S.C. § 841(a)(1) - Possession With Intent To Distribute Heroin; 18 U.S.C. § 2 - Aiding And Abetting)

The Grand Jury further charges that:

On or about May 28, 1997, at Boston, in the District of Massachusetts,

1. FRANCISCO A. DURAN, a/k/a "FRANK"
2. IVAN FERMIN, a/k/a "JUNIOR"
3. ANTONIO ROSARIO, a/k/a "TONY"

defendants herein, acting in furtherance of the conspiracy charged in Count 1, did knowingly and intentionally possess with intent to distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**A TRUE BILL**

P.M. Puzzo
FOREMAN OF THE GRAND JURY

Thomas C. Frongillo
ASSISTANT UNITED STATES ATTORNEY

DISTRICT OF MASSACHUSETTS:

Returned into the District Court by the Grand Jurors and filed.

DEPUTY CLERK

@ 4:05 p.m.