CLOSED

# United States District Court
# District of Massachusetts (Boston)
# CRIMINAL DOCKET FOR CASE #: 1:97-cr-10149-PBS All Defendants
# Internal Use Only

Case title: USA v. Duran, et al

Date Filed: 06/05/1997
Date Terminated: 10/08/2002

---

Assigned to: Judge Patti B. Saris

**Defendant**

**Francisco A. Duran** (1)
*TERMINATED: 05/15/1998*

represented by **Edward F. St. Onge**
127 Dorrance St.
Providence, RI 02903
401-272-1500
*TERMINATED: 05/15/1998*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Francisco A. Duran**
605 West 151st Street
New York, NY 10031-2107
*TERMINATED: 05/15/1998*

I hereby certify on 2/14/08 that the foregoing document is true and correct copy of the
☑ electronic docket in the captioned case
☐ electronically filed original filed on ______
☐ original filed in my office on ______
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: ______
Deputy Clerk

**Pending Counts**

21:846 Conspiracy to distribute heroin (1)

**Disposition**

The defendant is committed to the custody of the US Bureau of Prisons for a term of 18 months; The defendant is remanded to thecustody of the U S Marshal. Upon release from imprisonment, the defendant shall be on supervised release for a term of 60 m onths. Standard Conditions of Supervision..Special Conditions of Supervision.If Ordered departed, the defendant is to leave the US and is not to return without permission of the US Attorney General..$300.00 special assessment is due immediately. .

| | |
|---|---|
| | The defendant is committed to the custody of the US Bureau of Prisons for a term of 18 months; The defendant is remanded to thecustody of the U S Marshal. Upon release from imprisonment, the defendant shall be on supervised release for a term of 60 m onths. Standard Conditions of Supervision..Special Conditions of Supervision.If Ordered departed, the defendant is to leave the US and is not to return without permission of the US Attorney General..$300.00 special assessment is due immediately. . |
| 21:841(a)(1), 18:2 Distribution of heroin, and aiding and abetting (2) | |
| 21:841(a)(1) Possession with intent to distribute heroin and aiding and abetting (7) | The defendant is committed to the custody of the US Bureau of Prisons for a term of 18 months; The defendant is remanded to thecustody of the U S Marshal. Upon release from imprisonment, the defendant shall be on supervised release for a term of 60 m onths. Standard Conditions of Supervision..Special Conditions of Supervision.If Ordered departed, the defendant is to leave the US and is not to return without permission of the US Attorney General..$300.00 special assessment is due immediately. . |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Judge Patti B. Saris

**Defendant**

**Junior Jose Duran** (2)
*TERMINATED: 05/15/1998*
*also known as*
Ivan Fermin

represented by **Matthew A. Kamholtz**
Feinberg & Kamholtz
125 Summer Street
6th Floor
Boston, MA 02110
617-526-0700
Fax: 617-526-0701
Email: mattkamh@feinberg-kamholtz.com
*TERMINATED: 05/15/1998*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Ivan Fermin**
422 Columbia Road
Apt. 55
Dorchester, MA 02125
*TERMINATED: 05/15/1998*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846 Conspiracy to distribute heroin (1) | The defendant is committed to the custody of the US Bureau of Prisons for a term of 15 months; the court makes the following recommendation of a New York FCI or Wyatt detention facility; the defendant is remanded to the custody of the US Marshal; Upo n release the defendant shall be on supervised release for a term of 60 months; Standard Conditions of Supervision.Special conditions If ordered deported, the defendant is to leave the US and is not to return without prior permission of the US Attorn ey General... |
| 21:841(a)(1), 18:2 Distribution of heroin, and aiding and abetting (2) | The defendant is committed to the custody of the US Bureau of Prisons for a term of 15 months; the court makes the following recommendation of a New York FCI or Wyatt detention facility; the defendant is remanded to the custody of the US Marshal; Upo n release the defendant shall be on |

supervised release for a term of 60 months; Standard Conditions of Supervision.Special conditions If ordered deported, the defendant is to leave the US and is not to return without prior permission of the US Attorn ey General...

| | |
|---|---|
| 21:841(a)(1) Possession with intent to distribute heroin and aiding and abetting (7) | The defendant is committed to the custody of the US Bureau of Prisons for a term of 15 months; the court makes the following recommendation of a New York FCI or Wyatt detention facility; the defendant is remanded to the custody of the US Marshal; Upo n release the defendant shall be on supervised release for a term of 60 months; Standard Conditions of Supervision.Special conditions If ordered deported, the defendant is to leave the US and is not to return without prior permission of the US Attorn ey General... |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Judge Patti B. Saris

**Defendant**

| | | |
|---|---|---|
| **Antonio Rosario** (3)<br>*TERMINATED: 05/19/1998* | represented by | **Lois M. Lewis**<br>Law Office of Lois M. Lewis<br>74 Fuller Terrace<br>West Newton, MA 02465<br>617-969-4854 |

Fax: 617-969-4854
Email: loislewis@juno.com
*TERMINATED: 05/19/1998*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Antonio Rosario**
422 Columbia Avenue
Apt. 56
Dorchester, MA 02125
*TERMINATED: 05/19/1998*

| Pending Counts | Disposition |
|---|---|
| 21:846 Conspiracy to distribute heroin (1) | IMPRISONMENT: The defendant is hereby committed to,the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 months. The court makes the following recommendations to the Bureau of Prisons: A judicial recommendation th at defendant participate in a drug treatment program. The defendant is remanded to the custody of the United States Marshal. SUPERVISED RELEASE: Upon release from imprisonment, the defendant shall be on supervised release for a term of 60 months. STA NDARD CONDITIONS OF SUPERVISION. SPECIAL CONDITIONS OF SUPERVISION: The defendant is to participate in a drug treatment program if necessary, as directed by the United States Probation Office. The defendant is to submit to random urinalysis as direct ed by the United States Probation Office. CRIMINAL MONETARY PENALTIES: The defendant shall pay an assessment of $400.00. FINE: The court determines that the defendant does not have the ability to pay interest and it is ordered that: The interest requirement is waived. |
| 21:841(a)(1) Distribution of heroin (3) | IMPRISONMENT: The defendant is hereby committed to,the custody of the United States Bureau of Prisons to be |

imprisoned for a total term of 24 months. The court makes the following recommendations to the Bureau of Prisons: A judicial recommendation th at defendant participate in a drug treatment program. The defendant is remanded to the custody of the United States Marshal. SUPERVISED RELEASE: Upon release from imprisonment, the defendant shall be on supervised release for a term of 60 months. STA NDARD CONDITIONS OF SUPERVISION. SPECIAL CONDITIONS OF SUPERVISION: The defendant is to participate in a drug treatment program if necessary, as directed by the United States Probation Office. The defendant is to submit to random urinalysis as direct ed by the United States Probation Office. CRIMINAL MONETARY PENALTIES: The defendant shall pay an assessment of $400.00. FINE: The court determines that the defendant does not have the ability to pay interest and it is ordered that: The interest requirement is waived.

| | |
|---|---|
| 21:841(a)(1) Distribution of heroin (5) | IMPRISONMENT: The defendant is hereby committed to,the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 months. The court makes the following recommendations to the Bureau of Prisons: A judicial recommendation th at defendant participate in a drug treatment program. The defendant is remanded to the custody of the United States Marshal. SUPERVISED RELEASE: Upon release from imprisonment, the defendant shall be on supervised release for a term of 60 months. STA NDARD CONDITIONS OF SUPERVISION. SPECIAL CONDITIONS OF SUPERVISION: The defendant is to participate in a drug treatment program if necessary, as directed by the United States Probation |

Office. The defendant is to submit to random urinalysis as direct ed by the United States Probation Office. CRIMINAL MONETARY PENALTIES: The defendant shall pay an assessment of $400.00. FINE: The court determines that the defendant does not have the ability to pay interest and it is ordered that: The interest requirement is waived.

21:841(a)(1) Possession with intent to distribute heroin and aiding and abetting (7)

IMPRISONMENT: The defendant is hereby committed to,the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 months. The court makes the following recommendations to the Bureau of Prisons: A judicial recommendation th at defendant participate in a drug treatment program. The defendant is remanded to the custody of the United States Marshal. SUPERVISED RELEASE: Upon release from imprisonment, the defendant shall be on supervised release for a term of 60 months. STA NDARD CONDITIONS OF SUPERVISION. SPECIAL CONDITIONS OF SUPERVISION: The defendant is to participate in a drug treatment program if necessary, as directed by the United States Probation Office. The defendant is to submit to random urinalysis as direct ed by the United States Probation Office. CRIMINAL MONETARY PENALTIES: The defendant shall pay an assessment of $400.00. FINE: The court determines that the defendant does not have the ability to pay interest and it is ordered that: The interest requirement is waived.

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: Judge Patti B. Saris

**Defendant**

**Bernardo Rivera** (4)
*TERMINATED: 05/19/1998*

represented by **Peter B. Krupp**
Lurie and Krupp, LLP
One McKinley Square
Boston, MA 02109
617-367-1970
Fax: 617-367-1971
Email: pkrupp@luriekrupp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Peter B. Krupp**
(See above for address)
*TERMINATED: 05/19/1998*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Bernardo Rivera**
8 Stonehurst Street
Dorchester, MA 02124
*TERMINATED: 05/19/1998*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846 Conspiracy to distribute heroin (1) | IMPRISONMENT: the defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 14 months. The court makes the following recommendations to the Bureau of Prisons: A judicial recommendation that defe ndant participate in a drug treatment program. The defendant is remanded to the custody of the United |

States Marshal. SUPERVISED RELEASE: Upon release from imprisonment, the defendant shall be on supervised release for a term of 60 months. STANDARD C ONDITIONS OF SUPERVISION. SPECIAL CONDITIONS OF SUPERVISION: The defendant is to participate in a drug treatment program, in-patient if necessary, as directed by the United States Probation Office. The defendant is to submit to random urinalysis as d irected by the United States Probation Office. The defendant is to seek and maintain employment. FINE: The court determined that the defendant does not have the ability to pay interest and it is ordered that: The interest requirement be waived.

| | |
|---|---|
| 21:841(a)(1), 18:2 Possession with intent to distribute heroin, and aiding and abetting<br>(4) | IMPRISONMENT: the defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 14 months. The court makes the following recommendations to the Bureau of Prisons: A judicial recommendation that defe ndant participate in a drug treatment program. The defendant is remanded to the custody of the United States Marshal. SUPERVISED RELEASE: Upon release from imprisonment, the defendant shall be on supervised release for a term of 60 months. STANDARD C ONDITIONS OF SUPERVISION. SPECIAL CONDITIONS OF SUPERVISION: The defendant is to participate in a drug treatment program, in-patient if necessary, as directed by the United States Probation Office. The defendant is to submit to random urinalysis as d irected by the United States Probation Office. The defendant is to seek and maintain employment. FINE: The court determined that the defendant does not have the ability to pay interest and it is ordered that: The interest requirement |

be waived.

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Judge Patti B. Saris

**Defendant**

**Angel Torres** (5)
*TERMINATED: 05/19/1998*

represented by **Diana L. Maldonado**
Federal Defender's Office
408 Atlantic Ave.
Third Floor
Boston, MA 02210
617-223-8061
*TERMINATED: 05/19/1998*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Angel Torres**
214 Bowdoin Street
Dorchester, MA 02122
*TERMINATED: 05/19/1998*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846 Conspiracy to distribute heroin (1) | PROBATION: The defendant is hereby placed on probation for a term of 36 months. STANDARD CONDITIONS OF SUPERVISION. SPECIAL CONDITIONS OF SUPERVISION: The defendant is to serve three (3) months in home confinement with electronic monitoring and pay t he cost |

for each day under electronic monitoring. The defendant is to participate in a mental health program as directed by the United States Probation Office. The defendant is to participate in a drug/alcohol treatment program as directed by the Uni ted States Probation Office. The defendant is to submit to random urinalysis as directed by the United States Probation Office. CRIMINAL MONETARY PENALTIES: The defendant shall pay an assessment of $200.00.

| | |
|---|---|
| 21:841(a)(1), 18:2 Possession with intent to distribute heroin, and aiding and abetting<br>(4) | PROBATION: The defendant is hereby placed on probation for a term of 36 months. STANDARD CONDITIONS OF SUPERVISION. SPECIAL CONDITIONS OF SUPERVISION: The defendant is to serve three (3) months in home confinement with electronic monitoring and pay t he cost for each day under electronic monitoring. The defendant is to participate in a mental health program as directed by the United States Probation Office. The defendant is to participate in a drug/alcohol treatment program as directed by the Uni ted States Probation Office. The defendant is to submit to random urinalysis as directed by the United States Probation Office. CRIMINAL MONETARY PENALTIES: The defendant shall pay an assessment of $200.00. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|

None

Assigned to: Judge Patti B. Saris

**Defendant**

**Sabino Acevedo** (6)
*TERMINATED: 07/02/1998*

represented by **Lenore Glaser**
Law Office of Lenore Glaser
One Commercial Wharf N.
2nd Floor
Boston, MA 02211
617-753-9988
Fax: 617-830-0167
Email: lglaser@glaser-law.com
*TERMINATED: 07/02/1998*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Sabino Acevedo**
8 Fayston Street
Roxbury, MA 02119
*TERMINATED: 07/02/1998*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846 Conspiracy to distribute heroin (1) | IMPRISONMENT: the defendant is hereby coimmitted to the custody of the U.S. Bureau of Prisons to be imprisoned for a total term of 110 months. The court makes the following recommendations to the Bureau of Prisons: A judicial recommendation that the defendant participate in a drug treatment program. The defendant is remanded to the custody of the U.S. Marshal. SUPERVISED RELEASE: Upon release from imprisonment, the defendant shall be on supervised release for a term of 60 months. STANDARD CONDIT IONS OF SUPERVISION. SPECIAL CONDITIONS OF SUPERVISION: The defendant shall undergo drug treatment as direct by the U.S. Probation Office. The defendant shall submit to random urinalysis as directed by the U.S. Probation Office. The defendant shall o btain |

| | |
|---|---|
| | employment. CRIMINAL MONETARY PENALTIES: The defendant shall pay the following total criminal monetary penalties: Special assessment $200.00. Fine $5,000.00. |
| 21:841(a)(1) Possession with intent to distribute heroin<br>(6) | IMPRISONMENT: the defendant is hereby coimmitted to the custody of the U.S. Bureau of Prisons to be imprisoned for a total term of 110 months. The court makes the following recommendations to the Bureau of Prisons: A judicial recommendation that the defendant participate in a drug treatment program. The defendant is remanded to the custody of the U.S. Marshal. SUPERVISED RELEASE: Upon release from imprisonment, the defendant shall be on supervised release for a term of 60 months. STANDARD CONDIT IONS OF SUPERVISION. SPECIAL CONDITIONS OF SUPERVISION: The defendant shall undergo drug treatment as direct by the U.S. Probation Office. The defendant shall submit to random urinalysis as directed by the U.S. Probation Office. The defendant shall o btain employment. CRIMINAL MONETARY PENALTIES: The defendant shall pay the following total criminal monetary penalties: Special assessment $200.00. Fine $5,000.00. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Notice**

**Pretrial Services**

---

**Notice**

**Probation Office** represented by **Probation Office**
U.S. Probation Office
1 Courthouse Way
Boston, MA 02210
617-223-9198
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

---

**Notice**

**Probation Office** represented by **Probation Office**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

---

**Plaintiff**

**USA** represented by **Thomas C. Frongillo**
Weil, Gotshal & Manges LLP
100 Federal Street
34th Floor
Boston, MA 02110
617-772-8300
Email: thomas.frongillo@weil.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/05/1997 | 1 | SEALED INDICTMENT returned as to Francisco A. Duran (1) count(s) 1, 2, 7, Ivan Fermin (2) count(s) 1, 2, 7, Antonio Rosario (3) count(s) 1, 3, 5, 7, Bernardo Rivera (4) count(s) 1, 4, Angel Torres (5) count(s) 1, 4, Sabino Acevedo (6) count(s) 1, 6 . Pretrial Services (sealed) (Entered: 06/05/1997) |
| 06/05/1997 | | Judge Robert E. Keeton Referral to to Mag. Judge Joyce L. Alexander as to Francisco A. Duran, Ivan Fermin, Antonio Rosario, Bernardo Rivera, |

| | | |
|---|---|---|
| | | Angel Torres, Sabino Acevedo . Purpose: pretrial (fbd) (Entered: 06/06/1997) |
| 06/06/1997 | | Arrest warrant issued as to Francisco A. Duran, Ivan Fermin, Antonio Rosario, Bernardo Rivera, Angel Torres, Sabino Acevedo . (sealed) (Entered: 06/06/1997) |
| 06/18/1997 | 2 | MOTION by USA as to Francisco A. Duran, Ivan Fermin, Antonio Rosario, Bernardo Rivera, Angel Torres, Sabino Acevedo to Unseal Indictment , filed. (tmc) (Entered: 07/03/1997) |
| 06/18/1997 | | Mag. Judge Zachary R. Karol . ENDORSED ORDER as to Francisco A. Duran, Ivan Fermin, Antonio Rosario, Bernardo Rivera, Angel Torres, Sabino Acevedo : granting [2-1] motion to Unseal Indictment as to Francisco A. Duran (1), Ivan Fermin (2), Antonio Rosario (3), Bernardo Rivera (4), Angel Torres (5), Sabino Acevedo (6). (tmc) (Entered: 07/03/1997) |
| 06/18/1997 | | ARREST of Francisco A. Duran . (tmc) (Entered: 07/03/1997) |
| 06/18/1997 | | Initial appearance as to Francisco A. Duran held (Defendant informed of rights.) . (tmc) (Entered: 07/03/1997) |
| 06/18/1997 | 3 | Mag. Judge Zachary R. Karol . CLERK'S NOTES as to Francisco A. Duran: Initial appearance held; The Court advises the Defendant of his rights; the Dft. elects not to answer any questions until he can speak with his atty.; The govt. moves for detention and continuance; Court orders dft. temporarily detained; Court Reporter: Tape 97 (tmc) (Entered: 07/03/1997) |
| 06/19/1997 | 4 | Mag. Judge Zachary R. Karol . ORDER OF TEMPORARY DETENTION entered as to Francisco A. Duran. cc/cl. (tmc) (Entered: 07/07/1997) |
| 06/20/1997 | | ARREST of Angel Torres . (tmc) (Entered: 07/07/1997) |
| 06/20/1997 | | Initial appearance as to Angel Torres held (Defendant informed of rights.) . (tmc) (Entered: 07/07/1997) |
| 06/20/1997 | 5 | Mag. Judge Zachary R. Karol . CLERK'S NOTES as to Angel Torres: Spanish Int: Geoffrion; Initial appearance held; Dft. files financial affidavit and requests counsel be appointed; Court appoints counsel; Govt. moves for detention and a continuance; Court orders dft. temporarily detained; Set Detention Hearing for 11:00 6/23/97 for Angel Torres ; Court Reporter: Tape 97 (tmc) (Entered: 07/07/1997) |
| 06/20/1997 | 6 | CJA 23 FINANCIAL AFFIDAVIT by Angel Torres , as to Angel Torres , filed. (tmc) (Entered: 07/07/1997) |
| 06/23/1997 | | Bail hearing as to Angel Torres held . (tmc) (Entered: 07/07/1997) |
| 06/23/1997 | 7 | Mag. Judge Zachary R. Karol . CLERK'S NOTES as to Francisco A. Duran, Angel Torres , re: Spanish Int: Geoffrion; Dft Duran appears without Atty.; Court finds good cause to continue hearing until 6/30/97 |

| | | |
|---|---|---|
| | | before Ch.M.J. Alexander; The Govt. and Dft. Atty. suggest Dft. Torres be interviewed by PTS; Court recesses until 2:30 p.m.; Govt. moves to withdraw motion for detention and advises the Court conditions of release have been agreed upon and propose; Reset Detention Hearing for 6/30/97 for Francisco A. Duran before Mag. Judge Joyce L. Alexander ; Court Reporter: Tape 97 (tmc) (Entered: 07/07/1997) |
| 06/23/1997 | 8 | Mag. Judge Zachary R. Karol . ORDER entered setting Conditions of Release for Angel Torres : The defendant shall: Restrict travel to the Dist. of Mass; maintain current residence at 214 Bowdoin St., Dorchester, Mass.; report to PTS each Monday & Thursday in person and telephone PTS each Tuesday, Wednesday & Friday; refrain from possessing a firearm...; refrain from excessive use of alcohol...; undergo oupatient drug treatment as directed by PTS; execute $50,000.00 unsecured appearance bond; obtain no passport; report any new arrest to PTS w/i 24 hours. (tmc) (Entered: 07/07/1997) |
| 06/23/1997 | | $50,000.00 APPEARANCE BOND entered as to Angel Torres . (tmc) (Entered: 07/07/1997) |
| 06/23/1997 | | First appearance through counsel as to Angel Torres . (tmc) (Entered: 07/07/1997) |
| 06/25/1997 | | ARREST of Sabino Acevedo . (tmc) (Entered: 07/07/1997) |
| 06/25/1997 | | Initial appearance as to Sabino Acevedo held (Defendant informed of rights.) . (tmc) (Entered: 07/07/1997) |
| 06/25/1997 | 9 | Mag. Judge Zachary R. Karol . CLERK'S NOTES as to Sabino Acevedo: Spanish Int.: Geoffrion; Initial appearance held; Warrant returned; Govt. moves for detention and continuance; Dft. files financial affidavit and requests counsel; Court appoints counsel; Court orders Dft. temporarily detained; Set Detention Hearing for 2:30 6/30/97 for Sabino Acevedo before Mag. Judge Joyce L. Alexander ; Court Reporter: Tape (tmc) (Entered: 07/07/1997) |
| 06/25/1997 | 10 | ARREST warrant returned executed as to Sabino Acevedo on 6/24/97 . (tmc) (Entered: 07/07/1997) |
| 06/25/1997 | 11 | CJA 23 FINANCIAL AFFIDAVIT by Sabino Acevedo , as to Sabino Acevedo , filed. (tmc) (Entered: 07/07/1997) |
| 06/25/1997 | 12 | Mag. Judge Zachary R. Karol . ORDER OF TEMPORARY DETENTION entered as to Sabino Acevedo. cc/cl. (tmc) (Entered: 07/07/1997) |
| 06/30/1997 | 13 | Mag. Judge Joyce L. Alexander . CJA appointment for Sabino Acevedo , Attorney Lenore Glaser appointed. Voucher # 0469731. (tmc) (Entered: 07/07/1997) |
| 06/30/1997 | | Detention hearing as to Sabino Acevedo held . (tmc) (Entered: 07/07/1997) |

| | | |
|---|---|---|
| 06/30/1997 | | Arraignment as to Francisco A. Duran, Sabino Acevedo held Francisco A. Duran (1) count(s) 1, 2, 7, Sabino Acevedo (6) count(s) 1, 6 . (tmc) (Entered: 07/07/1997) |
| 06/30/1997 | | PLEA entered by Francisco A. Duran, Sabino Acevedo . Court accepts plea. Not Guilty: Francisco A. Duran (1) count(s) 1, 2, 7, Sabino Acevedo (6) count(s) 1, 6 (tmc) (Entered: 07/07/1997) |
| 06/30/1997 | | First appearance through counsel as to Francisco A. Duran, Sabino Acevedo . (tmc) (Entered: 07/07/1997) |
| 06/30/1997 | 14 | Mag. Judge Joyce L. Alexander . CLERK'S NOTES as to Francisco A. Duran, Sabino Acevedo: Dfts. appear before the Court for an arraignment and detention hearing; Arriagnments held; Dfts. enter pleas of not guilty; Dft. Duran requests continuance of dtn. hearing; Court allows motion; Dft. Acevedo consents to detention at this time w/o prejudice; Court orders dft. detained; Court sets dates; Set Discovery Motions deadline to 7/16/97 for Francisco A. Duran, for Sabino Acevedo , Set Discovery Motions Response deadline to 7/31/97 for Francisco A. Duran, for Sabino Acevedo , Set Detention Hearing for 2:45 7/2/97 for Francisco A. Duran before Mag. Judge Joyce L. Alexander ; Court Reporter: Tape 97-19 (tmc) (Entered: 07/07/1997) |
| 06/30/1997 | 15 | NOTICE of Appearance of counsel for Francisco A. Duran , by Attorney Edward F. St. Onge. (tmc) (Entered: 07/07/1997) |
| 07/02/1997 | | Indictment unsealed as to Francisco A. Duran, Ivan Fermin, Antonio Rosario, Bernardo Rivera, Angel Torres, Sabino Acevedo . (fbd) (Entered: 07/02/1997) |
| 07/02/1997 | | Indictment unsealed as to Francisco A. Duran, Ivan Fermin, Antonio Rosario, Bernardo Rivera, Angel Torres, Sabino Acevedo . (sealed) (Entered: 07/03/1997) |
| 07/02/1997 | | Detention hearing as to Francisco A. Duran held . (tmc) (Entered: 07/07/1997) |
| 07/02/1997 | 16 | Mag. Judge Joyce L. Alexander . CLERK'S NOTES as to Francisco A. Duran: Dft. appears before the court for a detn. hearing; Detn. hearing held; Court hears arguments of counsel; Court orders dft. detained pending trial; Court Reporter: Tape 97-19 (tmc) (Entered: 07/07/1997) |
| 07/03/1997 | | Arraignment as to Angel Torres held Angel Torres (5) count(s) 1, 4 . (tmc) (Entered: 07/07/1997) |
| 07/03/1997 | | PLEA entered by Angel Torres . Court accepts plea. Not Guilty: Angel Torres (5) count(s) 1, 4 (tmc) (Entered: 07/07/1997) |
| 07/03/1997 | 17 | Mag. Judge Joyce L. Alexander . CLERK'S NOTES as to Angel Torres: Dft. appears before the Court for an arraignment; Dft. enters plea of not guilty; Court sets dates; Set Discovery Motions deadline to 7/16/97 for Angel Torres , Set Discovery Motions Response deadline to 7/31/97 for |

| | | |
|---|---|---|
| | | Angel Torres ; Court Reporter: Tape 97-20 (tmc) (Entered: 07/07/1997) |
| 07/10/1997 | | ARREST of Antonio Rosario . (tmc) (Entered: 07/11/1997) |
| 07/10/1997 | | Initial appearance as to Antonio Rosario held (Defendant informed of rights.) . (tmc) (Entered: 07/11/1997) |
| 07/10/1997 | 18 | Mag. Judge Lawrence P. Cohen (for Ch.M.J. Alexander) . CLERK'S NOTES as to Antonio Rosario: Interpreter: Gabriel Hadad; Dft arrested; Govt. moves for dtn. and cont. of 3 days; Cont. allowed to 7/14/97. AUSA obtained change of time of hearing after conclusion of initial appearance. Counsel to be appointed; Set Detention Hearing for 2:15 7/14/97 for Antonio Rosario before Mag. Judge Joyce L. Alexander ; Court Reporter: Tape (tmc) (Entered: 07/11/1997) |
| 07/10/1997 | 19 | CJA 23 FINANCIAL AFFIDAVIT by Antonio Rosario , as to Antonio Rosario , filed. (tmc) (Entered: 07/11/1997) |
| 07/10/1997 | 20 | Mag. Judge Joyce L. Alexander . CJA appointment for Antonio Rosario , Attorney Lois M. Lewis appointed. Voucher # 0469730. (tmc) (Entered: 07/11/1997) |
| 07/11/1997 | 21 | MOTION by Francisco A. Duran, Sabino Acevedo to extend time to 7/31/97 to file discovery motions , filed. Referred to Mag. Judge Joyce L. Alexander (fmr) (Entered: 07/11/1997) |
| 07/11/1997 | | ARREST of Ivan Fermin . (tmc) (Entered: 07/14/1997) |
| 07/11/1997 | | Initial appearance as to Ivan Fermin held (Defendant informed of rights.) . (tmc) (Entered: 07/14/1997) |
| 07/11/1997 | 22 | Mag. Judge Lawrence P. Cohen . CLERK'S NOTES as to Ivan Fermin (Interpreter: Gabriel Hadad) re: Dft. arrested; Initial appearance held; Dft. files financial affidavit; Court orders counsel to be appointed; Govt. moves for detention and continuance of detention hearing; Dft. states his true name is Junior Jose Duran; Set Detention Hearing for 2:15 7/14/97 for Ivan Fermin before Mag. Judge Joyce L. Alexander ; Court Reporter: Tape (tmc) (Entered: 07/14/1997) |
| 07/11/1997 | 23 | CJA 23 FINANCIAL AFFIDAVIT by Ivan Fermin , as to Ivan Fermin , filed. (tmc) (Entered: 07/14/1997) |
| 07/14/1997 | | Mag. Judge Joyce L. Alexander . ENDORSED ORDER as to Francisco A. Duran, Sabino Acevedo : granting [21-1] motion to extend time to 7/31/97 to file discovery motions as to Francisco A. Duran (1), Sabino Acevedo (6). "Allowed. Parties to this motion shall inform all other counsel on this case of the enlarged time so that an omnibus motion can be filed. Counsel shall all meet with the AUSA on July 24, 1997." cc/cl. (tmc) (Entered: 07/15/1997) |
| 07/14/1997 | | Arraignment as to Antonio Rosario held Antonio Rosario (3) count(s) 1, 3, 5, 7 . (tmc) (Entered: 07/15/1997) |

| | | |
|---|---|---|
| 07/14/1997 | | PLEA entered by Antonio Rosario . Court accepts plea. Not Guilty: Antonio Rosario (3) count(s) 1, 3, 5, 7 (tmc) (Entered: 07/15/1997) |
| 07/14/1997 | | First appearance through counsel as to Antonio Rosario . (tmc) (Entered: 07/15/1997) |
| 07/14/1997 | 24 | Mag. Judge Joyce L. Alexander . CLERK'S NOTES as to Ivan Fermin, Antonio Rosario: Court states counsel will be appointed for Dft. Fermin and reschedules detn. hearing and arraignment to 7/17/97 @ 3:00 p.m.; Arraignment held as to dft. Rosario; Dft. enters plea of not guilty; Dft. Rosario moves for a continuance of detention hearing; Court allows motion; Reset Detention Hearing for 3:00 7/17/97 for Ivan Fermin, for Antonio Rosario before Mag. Judge Joyce L. Alexander , Set Arraignment for 3:00 7/17/97 for Ivan Fermin ; Court Reporter: Tape 97-20 (tmc) (Entered: 07/15/1997) |
| 07/14/1997 | 25 | Response by USA to Uniform Order on Automatic Discovery as to Sabino Acevedo , filed. (tmc) (Entered: 07/15/1997) |
| 07/14/1997 | 26 | Response by USA to Uniform Order on Automatic Discovery as to Francisco A. Duran , filed. (tmc) (Entered: 07/15/1997) |
| 07/14/1997 | 29 | Mag. Judge Joyce L. Alexander . ORDER entered for detention as to Francisco A. Duran Bond set to NO BAIL for Francisco A. Duran. cc/cl. (tmc) (Entered: 07/17/1997) |
| 07/15/1997 | 27 | Response by USA to Uniform Order on Automatic Discovery as to Antonio Rosario , filed. (tmc) (Entered: 07/16/1997) |
| 07/16/1997 | 28 | Mag. Judge Joyce L. Alexander . CJA appointment for Ivan Fermin , Attorney Matthew A. Kamholtz appointed. Voucher # 0469717. (tmc) (Entered: 07/17/1997) |
| 07/16/1997 | 31 | Arrest warrant returned executed as to Francisco A. Duran on 6/18/97 . (scj) (Entered: 07/18/1997) |
| 07/16/1997 | 32 | Arrest warrant returned executed as to Angel Torres on 6/20/97 . (scj) (Entered: 07/18/1997) |
| 07/16/1997 | 34 | Arrest warrant returned executed as to Ivan Fermin on 7/11/97 . (scj) (Entered: 07/18/1997) |
| 07/17/1997 | | Detention hearing as to Antonio Rosario held . (tmc) (Entered: 07/17/1997) |
| 07/17/1997 | | First appearance through counsel as to Ivan Fermin . (tmc) (Entered: 07/17/1997) |
| 07/17/1997 | | Arraignment as to Ivan Fermin held Ivan Fermin (2) count(s) 1, 2, 7 . (tmc) (Entered: 07/17/1997) |
| 07/17/1997 | | PLEA entered by Ivan Fermin . Court accepts plea. Not Guilty: Ivan Fermin (2) count(s) 1, 2, 7 (tmc) (Entered: 07/17/1997) |

| | | |
|---|---|---|
| 07/17/1997 | 30 | Mag. Judge Joyce L. Alexander . CLERK'S NOTES as to Ivan Fermin, Antonio Rosario , re: Int.: Gabriel Haddad; arraignment held as to Dft. Fermin; Dft. enters plea of not guilty; Court sets dates; Set Discovery Motions deadline to 7/31/97 for Francisco A. Duran, for Ivan Fermin, for Antonio Rosario, for Angel Torres, for Sabino Acevedo ; Govt. moves for detention as to both defendants; Dft. Fermin moves for continuance; Court allows motion; Set Detention Hearing for 2:00 7/23/97 for Ivan Fermin before Mag. Judge Joyce L. Alexander ; Detention hearing held as to Dft. Rosario; Court hears arguments of counsel; Court orders Dft. Rosario detained pending trial; Court orders all counsel to meet on 7/24/97 before filing discovery motions on 7/31/97; Counsel to file one omnibus discovery motion; Court Reporter: Tape 97-21 (tmc) (Entered: 07/17/1997) |
| 07/17/1997 | 37 | Letter (non-motion) filed by USA as to Francisco A. Duran, Ivan Fermin, Antonio Rosario, Bernardo Rivera, Angel Torres, Sabino Acevedo dated: July 17, 1997; to: Ms. Maldonado; re: Automatic Disclosure (scj) (Entered: 07/28/1997) |
| 07/18/1997 | | CASE assigned from Judge Keeton to Judge Patti B. Saris. (Case assigned to Judge Keeton due to clerical error) (tmc) (Entered: 07/18/1997) |
| 07/18/1997 | | WRIT of Habeas Corpus ad Prosequendum issued as to Bernardo Rivera for 7/23/97. (tmc) (Entered: 07/18/1997) |
| 07/18/1997 | 33 | Arrest warrant returned executed as to Antonio Rosario on 7/10/97 . (scj) (Entered: 07/18/1997) |
| 07/18/1997 | 35 | Mag. Judge Joyce L. Alexander . ORDER entered as to Antonio Rosario :, for detention icc/cl . (sad) (Entered: 07/22/1997) |
| 07/18/1997 | 38 | NOTICE issued of Hearing/Conference as to Francisco A. Duran, Ivan Fermin, Antonio Rosario, Bernardo Rivera, Angel Torres, Sabino Acevedo, set status conference for 2:45 8/7/97 for Francisco A. Duran, for Ivan Fermin, for Antonio Rosario, for Bernardo Rivera, for Angel Torres, for Sabino Acevedo . cc/cl (scj) (Entered: 07/28/1997) |
| 07/23/1997 | | Detention hearing as to Ivan Fermin held . (scj) (Entered: 07/24/1997) |
| 07/23/1997 | 36 | Mag. Judge Joyce L. Alexander . CLERK'S NOTES as to Ivan Fermin re: Detention Hearing held. Arguments are heard; dft waives detention at this time and consents to detention without prejudice to reopen hearing at a later date if bail conditions can be fashioned. Court orders dft detained w/o prejudice under 3142(e); Court Reporter: Tape 97-24 (scj) (Entered: 07/24/1997) |
| 07/23/1997 | | Initial appearance as to Bernardo Rivera held Arraignment set for 3:00 7/25/97 for Bernardo Rivera ; Detention Hearing set for 3:00 7/25/97 for Bernardo Rivera (Defendant informed of rights.) . (scj) (Entered: 08/04/1997) |

| | | |
|---|---|---|
| 07/23/1997 | 40 | Mag. Judge Joyce L. Alexander . CLERK'S NOTES as to Bernardo Rivera re: Initial Appearance; Dft appears for initial appearnce pursuant to a writ of habeas corpus. Initial Appearance held; financial affidavit filed; Court orders Counsel appointed; Govt moves for detention per 18 USC s3142 (f)(1)(b)(f)(2)(a) and for 3 day contiunuance. Court continues matter to 7/25/97 for detention and arraignment; Court Reporter: Tape 97-24 (scj) (Entered: 08/04/1997) |
| 07/23/1997 | 41 | CJA 23 FINANCIAL AFFIDAVIT by Bernardo Rivera , as to Bernardo Rivera , filed. (scj) (Entered: 08/04/1997) |
| 07/23/1997 | 42 | Judge Patti B. Saris . CJA appointment for Bernardo Rivera Attorney Peter B. Krupp appointed. Voucher # 059043. (scj) Modified on 08/04/1997 (Entered: 08/04/1997) |
| 07/25/1997 | 43 | Mag. Judge Joyce L. Alexander . ORDER entered as to Bernardo Rivera : Appointment of counsel of Peter Krupp for Bernardo Rivera. (scj) (Entered: 08/04/1997) |
| 07/25/1997 | | Arraignment as to Bernardo Rivera held Bernardo Rivera (4) count(s) 1, 4 . (scj) (Entered: 08/04/1997) |
| 07/25/1997 | | Detention hearing as to Bernardo Rivera held . (scj) (Entered: 08/04/1997) |
| 07/25/1997 | 44 | Mag. Judge Joyce L. Alexander . CLERK'S NOTES as to Bernardo Rivera , re: Detention and Arraignment Held; Dft detained pursuant to USA v. King Court Reporter: Tape 97-25 (scj) Modified on 08/04/1997 (Entered: 08/04/1997) |
| 07/25/1997 | | PLEA entered by Bernardo Rivera . Court accepts plea. Not Guilty: Bernardo Rivera (4) count(s) 1, 4 (scj) (Entered: 08/04/1997) |
| 07/31/1997 | 39 | MOTION by Bernardo Rivera for a spanish interpreter as needed over the course of this case . filed, c/s (scj) (Entered: 07/31/1997) |
| 07/31/1997 | 45 | Mag. Judge Joyce L. Alexander . ORDER entered as to Bernardo Rivera : Detention Order . (scj) (Entered: 08/04/1997) |
| 08/05/1997 | 46 | WRIT of Habeas Corpus ad Prosequendum executed as to Bernardo Rivera on 8/5/97 . (mqc) (Entered: 08/06/1997) |
| 08/06/1997 | | Mag. Judge Joyce L. Alexander . ENDORSED ORDER as to Bernardo Rivera : granting [39-1] motion for a spanish interpreter as needed over the course of this case as to Bernardo Rivera (4). (scj) (Entered: 08/07/1997) |
| 08/07/1997 | 47 | WRIT of Habeas Corpus ad Prosequendum executed as to Bernardo Rivera on 8/5/97 . (scj) (Entered: 08/07/1997) |
| 08/07/1997 | | Status conference as to Francisco A. Duran, Ivan Fermin, Antonio Rosario, Bernardo Rivera, Angel Torres, Sabino Acevedo held . (scj) (Entered: 08/19/1997) |

| | | |
|---|---|---|
| 08/07/1997 | 50 | Judge Patti B. Saris . CLERK'S NOTES as to Francisco A. Duran, Ivan Fermin, Antonio Rosario, Bernardo Rivera, Angel Torres, Sabino Acevedo , re: Status Conference;, set motion to suppress and sever filing deadline for 9/26/97 for Francisco A. Duran, for Ivan Fermin, for Antonio Rosario, for Bernardo Rivera, for Angel Torres, for Sabino Acevedo ; Set motion hearing for 3:15 10/16/97 for Francisco A. Duran, for Ivan Fermin, for Antonio Rosario, for Bernardo Rivera, for Angel Torres, for Sabino Acevedo ; Jury trial for 9:00 11/10/97 for Francisco A. Duran, for Ivan Fermin, for Antonio Rosario, for Bernardo Rivera, for Angel Torres, for Sabino Acevedo ; Court Reporter: Marie Cloonan (scj) (Entered: 08/19/1997) |
| 08/08/1997 | 48 | MOTION by Antonio Rosario for ex partre relief . filed. (scj) (Entered: 08/12/1997) |
| 08/08/1997 | | Judge Patti B. Saris . ENDORSED ORDER as to Antonio Rosario : granting [48-1] motion for ex partre relief as to Antonio Rosario (3). cc/cl (scj) (Entered: 08/12/1997) |
| 08/12/1997 | 49 | Mag. Judge Joyce L. Alexander . PROCEDURAL ORDER entered as to Francisco A. Duran, Ivan Fermin, Antonio Rosario, Bernardo Rivera, Angel Torres, Sabino Acevedo : "Accordingly, in that no pretrial discovery motions have been received by this court to date, the file is hereby returned to the District Judge.". (For complete order see document #49) (dms) (Entered: 08/13/1997) |
| 08/26/1997 | | Detention hearing as to Bernardo Rivera held . (scj) (Entered: 08/28/1997) |
| 08/26/1997 | 51 | Mag. Judge Robert B. Collings . CLERK'S NOTES as to Bernardo Rivera; re: Case called for detention hearing; Reset Detention Hearing for 10:45 8/29/97 for Bernardo Rivera . Court Reporter: Tape (scj) (Entered: 08/28/1997) |
| 08/27/1997 | 52 | Mag. Judge Robert B. Collings . ORDER entered as to Bernardo Rivera : Reset Detention Hearing for 10:45 8/29/97 for Bernardo Rivera . (scj) (Entered: 09/02/1997) |
| 08/29/1997 | | Detention hearing as to Bernardo Rivera held . (scj) (Entered: 09/02/1997) |
| 08/29/1997 | 53 | Mag. Judge Robert B. Collings . CLERK'S NOTES as to Bernardo Rivera re: Detention Hearing Held; Defense propose third party custodian and requests in-patient drug treatment. Afer argument, Court holds that that there are no conditions or combination of conditions that will assure defendants' appearance in court or the safety of the community-defendant detained pending trial ; Court Reporter: Tape (scj) (Entered: 09/02/1997) |
| 08/29/1997 | 54 | Exhibit/ Witness list as to Bernardo Rivera by the Court. (scj) (Entered: 09/02/1997) |
| 08/29/1997 | 55 | Mag. Judge Robert B. Collings . MEMORANDUM AND ORDER as to Bernardo Rivera : The defendnat is hereby detained pending trial of the charges contained in the Indictment. The defendant is herbey committed to |

| | | |
|---|---|---|
| | | the custody of the Attorney General for confinement in a corrections facility, separate to the extent practicable from persons awaiting or serving sentences of being held in custody pending appeal. The defendant shall be afforded reasonable opportunity for private consultation with his counsel and on order of a Court of the United States or on request of an attorney for the government the person in charge of the corrections facility in which the defendant is confined to deliver the defendant to an authorized Deputy U.S. Marshal for the purspose of any appearance in connection with a court proceeding. (scj) (Entered: 09/02/1997) |
| 09/09/1997 | 56 | Arrest warrant returned executed as to Bernardo Rivera on 8/22/97 . (scj) (Entered: 09/11/1997) |
| 09/10/1997 | 57 | MOTION by Ivan Fermin for funds to retain services of Spanish Interpreter . filed, c/s (scj) (Entered: 09/11/1997) |
| 09/12/1997 | | Judge Patti B. Saris . ENDORSED ORDER as to Ivan Fermin : granting [57-1] motion for funds to retain services of Spanish Interpreter as to Ivan Fermin (2). cc/cl (scj) (Entered: 09/15/1997) |
| 09/12/1997 | 58 | MOTION by Bernardo Rivera for the Court to direct the Probation Office to prepare the criminal record portion or Presentence Report immediately and in advance of any plea or trial in this case . filed, c/s (scj) (Entered: 09/16/1997) |
| 09/17/1997 | | Judge Patti B. Saris . ENDORSED ORDER as to Bernardo Rivera : granting [58-1] motion for the Court to direct the Probation Office to prepare the criminal record portion or Presentence Report immediately and in advance of any plea or trial in this case as to Bernardo Rivera (4). cc/cl (scj) (Entered: 09/19/1997) |
| 09/22/1997 | 59 | MOTION by Antonio Rosario to extend time to October 14, 1997 to respond to motion to suppress . filed, c/s (scj) (Entered: 09/22/1997) |
| 09/25/1997 | | Judge Patti B. Saris . ENDORSED ORDER as to Antonio Rosario : granting [59-1] motion to extend time to October 14, 1997 to respond to motion to suppress as to Antonio Rosario (3), Reset motion to suppress filing deadline for 10/14/97 for Antonio Rosario . cc/cl (scj) (Entered: 09/26/1997) |
| 09/26/1997 | 61 | MOTION by Ivan Fermin, Angel Torres to extend time to 10/10/97 to file substantive motions , filed. (lau) (Entered: 09/29/1997) |
| 09/29/1997 | 60 | MOTION by Bernardo Rivera to extend time to 10/27/97 to file non-discovery motions, including motions to sever and to suppress , filed. (lau) (Entered: 09/29/1997) |
| 09/29/1997 | | Judge Patti B. Saris . ENDORSED ORDER as to Ivan Fermin, Angel Torres : granting [61-1] motion to extend time to 10/10/97 to file substantive motions as to Ivan Fermin (2), Angel Torres (5). (dms) (Entered: 10/01/1997) |

| | | |
|---|---|---|
| 09/29/1997 | | Judge Patti B. Saris . ENDORSED ORDER as to Bernardo Rivera : granting [60-1] motion to extend time to 10/27/97 to file non-discovery motions, including motions to sever and to suppress as to Bernardo Rivera (4). (dms) (Entered: 10/01/1997) |
| 10/14/1997 | 62 | Letter (non-motion) filed by Antonio Rosario by Lois M. Lewis as to Antonio Rosario dated: October 9, 1997, re: Request for continuance of hearing on the groud that the dispositive motion filing deadline has been continued. (scj) (Entered: 10/14/1997) |
| 10/14/1997 | 63 | MOTION by Antonio Rosario to suppress post arrest incriminating statements . filed,c/s (scj) (Entered: 10/15/1997) |
| 10/14/1997 | 64 | MEMORANDUM by Antonio Rosario in support of [63-1] motion to suppress post arrest incriminating statements. (scj) (Entered: 10/15/1997) |
| 10/15/1997 | | Judge Patti B. Saris . ENDORSED ORDER as to Antonio Rosario : granting [62-1] request in letter dated 10/9/97 as to Antonio Rosario (3), reset status conference for 2:00 11/6/97 for Antonio Rosario . cc/cl (scj) (Entered: 10/16/1997) |
| 11/18/1997 | 65 | Letter (non-motion) filed by Sabino Acevedo by Lenore Glaser as to Sabino Acevedo dated: November 18, 1997 to: Deputy Clerk McGrath; Request for Rule 11 Hearing. (scj) (Entered: 11/20/1997) |
| 01/14/1998 | | Status conference as to Bernardo Rivera held . (fmr) (Entered: 01/30/1998) |
| 01/14/1998 | 67 | Judge Patti B. Saris . CLERK'S NOTES as to Bernardo Rivera , re: status conference; Dft's counsel requests that change of plea take place at the same time. Court states that it will not waive PSR but would entertain a full PSR pre plea; Gov't informs the court that all dfts will change their pleas. Change of plea hearing to be set by the court ; Court Reporter: Cloonan (fmr) (Entered: 01/30/1998) |
| 01/16/1998 | 66 | MOTION by Bernardo Rivera for court to direct probation office to prepare presentence report immediately and before any plea or trial in this case . filed, c/s (scj) (Entered: 01/21/1998) |
| 01/28/1998 | | Judge Patti B. Saris . ENDORSED ORDER as to Bernardo Rivera : granting [66-1] motion for court to direct probation office to prepare presentence report immediately and before any plea or trial in this case as to Bernardo Rivera (4). ALLOWED after hearing inlight of counsel's representation of the high likelihood of a plea...cc/cl (tmc) (Entered: 01/29/1998) |
| 02/03/1998 | 68 | NOTICE issued of Hearing/Conference as to Francisco A. Duran, Ivan Fermin, Antonio Rosario, Bernardo Rivera, Angel Torres, Sabino Acevedo, set Sentencing for 2:00 2/11/98 for Francisco A. Duran, for Ivan Fermin, for Antonio Rosario, for Bernardo Rivera, for Angel Torres, for Sabino Acevedo before Judge Patti B. Saris cc/cl (tmc) (Entered: 02/04/1998) |

| | | |
|---|---|---|
| 02/11/1998 | | Judge Patti B. Saris . ORAL ORDER as to Angel Torres that the defendant undergo drug treatment pending sentencing in the Bosth area forthwith . (fmr) (Entered: 02/12/1998) |
| 02/11/1998 | | Change of Plea Hearing as to Francisco A. Duran, Ivan Fermin, Antonio Rosario, Angel Torres, Sabino Acevedo held . (fmr) (Entered: 02/23/1998) |
| 02/11/1998 | | PLEA entered by Francisco A. Duran, Ivan Fermin, Antonio Rosario, Angel Torres, Sabino Acevedo . Court accepts plea. Guilty: Francisco A. Duran (1) count(s) 1, 2, 7, Ivan Fermin (2) count(s) 1, 2, 7, Antonio Rosario (3) count(s) 1, 3, 5, 7, Angel Torres (5) count(s) 1, 4, Sabino Acevedo (6) count(s) 1, 6 (fmr) (Entered: 02/23/1998) |
| 02/11/1998 | 69 | Judge Patti B. Saris . CLERK'S NOTES as to Francisco A. Duran, Ivan Fermin, Antonio Rosario, Angel Torres, Sabino Acevedo , re: change of plea hearing; Dfts file plea agreements with the court. Court informs dfts of rights. Court accepts pleas of guilty. Sentencing set for 5/4/98 at 2:30. Sentencing for Torres set for 5/12/98 at 2:00 ; Court Reporter: Cloonan (fmr) (Entered: 02/23/1998) |
| 02/11/1998 | 70 | Plea Agreement as to Angel Torres , filed. (fmr) (Entered: 02/23/1998) |
| 02/11/1998 | 71 | Plea Agreement as to Antonio Rosario , filed. (fmr) (Entered: 02/23/1998) |
| 02/11/1998 | 72 | Plea Agreement as to Francisco A. Duran , filed. (fmr) (Entered: 02/23/1998) |
| 02/11/1998 | 73 | Plea Agreement as to Ivan Fermin , filed. (fmr) (Entered: 02/23/1998) |
| 02/11/1998 | 74 | Plea Agreement as to Sabino Acevedo , filed. (fmr) (Entered: 02/23/1998) |
| 02/23/1998 | 75 | Judge Patti B. Saris . Procedural order re sentencing hearing as to Francisco A. Duran, Ivan Fermin, Antonio Rosario, Sabino Acevedo entered. set Sentencing for 2:15 5/15/98 for Francisco A. Duran, for Ivan Fermin, for Antonio Rosario, for Sabino Acevedo (fmr) (Entered: 02/23/1998) |
| 02/23/1998 | 76 | Judge Patti B. Saris . Procedural order re sentencing hearing as to Angel Torres entered. set Sentencing for 2:00 5/12/98 for Angel Torres (fmr) (Entered: 02/23/1998) |
| 02/23/1998 | | Deadline updated as to Francisco A. Duran, Ivan Fermin, Antonio Rosario, Sabino Acevedo ;, reset Sentencing for 2:30 5/4/98 for Francisco A. Duran, for Ivan Fermin, for Antonio Rosario, for Sabino Acevedo . (fmr) (Entered: 02/23/1998) |
| 04/23/1998 | 77 | Letter (non-motion) filed by Peter B. Krupp as to Bernardo Rivera , dated: 4/22/98, re: sentencing. (sad) (Entered: 04/23/1998) |
| 04/23/1998 | | Deadline updated as to Bernardo Rivera ;, reset Sentencing for 2:30 5/4/98 for Bernardo Rivera . (sad) (Entered: 04/23/1998) |
| 04/28/1998 | 78 | MOTION by Antonio Rosario for horizontal departure , filed. (sad) (Entered: 04/30/1998) |

| | | |
|---|---|---|
| 04/28/1998 | 79 | SENTENCING MEMORANDUM by Antonio Rosario , filed. (sad) (Entered: 04/30/1998) |
| 04/29/1998 | 81 | ASSENTED TO MOTION by Sabino Acevedo to continue , filed. (sad) (Entered: 05/04/1998) |
| 04/29/1998 | 82 | AFFIDAVIT of Lenore Glaser, as to Sabino Acevedo , re: [81-1] motion to continue , filed. (sad) (Entered: 05/04/1998) |
| 04/30/1998 | 80 | Letter (non-motion) filed by Antonio Rosario , dated: 4/29/98, re: sentencing. (sad) (Entered: 04/30/1998) |
| 04/30/1998 | | Judge Patti B. Saris . ENDORSED ORDER as to Sabino Acevedo : granting [81-1] motion to continue as to Sabino Acevedo (6), reset Sentencing for 2:00 6/18/98 for Sabino Acevedo . Acevedo's sentencing shall be scheduled in June with the co-defendants even if the State appeals have not been resolved. cc/cl (sad) (Entered: 05/04/1998) |
| 04/30/1998 | 83 | SENTENCING MEMORANDUM by Francisco A. Duran as to Francisco A. Duran , filed. (sad) (Entered: 05/04/1998) |
| 04/30/1998 | 84 | MOTION by Ivan Fermin to amend [1-1] indictment in , filed. c/s (sad) (Entered: 05/06/1998) |
| 05/04/1998 | | Sentencing held Francisco A. Duran (1) count(s) 1, 2, 7 . the court sentences as follows 18 months custody of the attorney general; 60 months supervised release with conditions; $300.00 special assessment.... (sad) (Entered: 05/06/1998) |
| 05/04/1998 | 85 | Judge Patti B. Saris . CLERK'S NOTES as to Francisco A. Duran , re: sentencing; ; Court Reporter: Marie Cloonan (sad) (Entered: 05/06/1998) |
| 05/04/1998 | | Sentencing held Junior Jose Duran (2) count(s) 1, 2, 7 . the court sentences the defendant as followes; 15 months suctody of the attorney general with a judicial recommendation to a facility in the New York or the Wyatt detention facility. 60 months supervised release with condition; $300.00 special assessment.. (sad) (Entered: 05/06/1998) |
| 05/04/1998 | 86 | Judge Patti B. Saris . CLERK'S NOTES as to Junior Jose Duran , re: sentencing; ; Court Reporter: Marie Cloonan (sad) (Entered: 05/06/1998) |
| 05/04/1998 | | Change of Plea Hearing as to Bernardo Rivera held . (sad) (Entered: 05/06/1998) |
| 05/04/1998 | | PLEA entered by Bernardo Rivera . Court accepts plea. Guilty: Bernardo Rivera (4) count(s) 1, 4 (sad) (Entered: 05/06/1998) |
| 05/04/1998 | | Sentencing held Bernardo Rivera (4) count(s) 1, 4 . The court sentences defendant as follows; 14 months custody of the attorney general with a judicial recommendation to a drug treatment program. 60 months supervised release with conditions; $1,000.00 fine interest waived; $200 special assessment... (sad) (Entered: 05/06/1998) |

| | | |
|---|---|---|
| 05/04/1998 | 87 | Judge Patti B. Saris . CLERK'S NOTES as to Bernardo Rivera , re: sentencing; ; Court Reporter: Marie Cloonan (sad) (Entered: 05/06/1998) |
| 05/04/1998 | | Sentencing held Antonio Rosario (3) count(s) 1, 3, 5, 7 . the court sentences the defendant as follows; 24 months custody of the attorney general with credit for time served since 5/30/97; 60 months supervised release with conditions; $1,000.00 fine with interest; $400.00 special assessment.... (sad) (Entered: 05/06/1998) |
| 05/04/1998 | 88 | Judge Patti B. Saris . CLERK'S NOTES as to Antonio Rosario , re: sentencing; ; Court Reporter: Marie Cloonan (sad) (Entered: 05/06/1998) |
| 05/05/1998 | | Judge Patti B. Saris . ENDORSED ORDER as to Ivan Fermin : granting [84-1] motion to amend [1-1] indictment in as to Ivan Fermin (2). cc/cl (sad) (Entered: 05/06/1998) |
| 05/12/1998 | | Sentencing held Angel Torres (5) count(s) 1, 4 . The court sentences the defendant as follows; 36 months probation ; 3 months to be served in home detention with conditions; $200.00 Special asessment to be jpaid out over the period of jprobation after home detention.... (sad) (Entered: 05/14/1998) |
| 05/12/1998 | 89 | Judge Patti B. Saris . CLERK'S NOTES as to Angel Torres , re: sentencing; ; Court Reporter: Marie Cloonan (sad) (Entered: 05/14/1998) |
| 05/14/1998 | 90 | Judge Patti B. Saris . JUDGMENT entered Francisco A. Duran (1) count(s) 1, 2 , 7 . The defendant is committed to the custody of the US Bureau of Prisons for a term of 18 months; The defendant is remanded to thecustody of the U S Marshal. Upon release from imprisonment, the defendant shall be on supervised release for a term of 60 months. Standard Conditions of Supervision..Special Conditions of Supervision.If Ordered departed, the defendant is to leave the US and is not to return without permission of the US Attorney General..$300.00 special assessment is due immediately.. (sad) (Entered: 05/15/1998) |
| 05/14/1998 | 91 | Judge Patti B. Saris . JUDGMENT entered Junior Jose Duran (2) count(s) 1, 2 , 7 . The defendant is committed to the custody of the US Bureau of Prisons for a term of 15 months; the court makes the following recommendation of a New York FCI or Wyatt detention facility; the defendant is remanded to the custody of the US Marshal; Upon release the defendant shall be on supervised release for a term of 60 months; Standard Conditions of Supervision.Special conditions If ordered deported, the defendant is to leave the US and is not to return without prior permission of the US Attorney General... (sad) (Entered: 05/15/1998) |
| 05/14/1998 | 92 | Judge Patti B. Saris . JUDGMENT entered Bernardo Rivera (4) count(s) 1, 4 . IMPRISONMENT: the defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 14 months. The court makes the following recommendations to the Bureau of Prisons: A judicial recommendation that defendant participate in a drug treatment program. The defendant is remanded to the custody of the |

| | | |
|---|---|---|
| | | United States Marshal. SUPERVISED RELEASE: Upon release from imprisonment, the defendant shall be on supervised release for a term of 60 months. STANDARD CONDITIONS OF SUPERVISION. SPECIAL CONDITIONS OF SUPERVISION: The defendant is to participate in a drug treatment program, in-patient if necessary, as directed by the United States Probation Office. The defendant is to submit to random urinalysis as directed by the United States Probation Office. The defendant is to seek and maintain employment. FINE: The court determined that the defendant does not have the ability to pay interest and it is ordered that: The interest requirement be waived. (rca) (Entered: 05/19/1998) |
| 05/14/1998 | 93 | Judge Patti B. Saris. JUDGMENT entered for Angel Torres (5) count(s) 1, 4. PROBATION: The defendant is hereby placed on probation for a term of 36 months. STANDARD CONDITIONS SUPERVISION. SPECIAL CONDITIONS OF SUPERVISION: The defendant is to serve three (3) months in home confinement with electronic monitoring and pay the cost for each day under electronic monitoring. The defendant is to participate in a mental health program as directed by the United States Probation Office. The defendant is to participate in a drug/alcohol treatment program as directed by the United States Probation Office. The defendant is to submit to random urinalysis as directed by the United States Probation Office. CRIMINAL MONETARY PENALTIES: The defendant shall pay an assessment of $200.00. (rca) (Entered: 05/19/1998) |
| 05/14/1998 | 94 | Judge Patti B. Saris . JUDGMENT entered for Antonio Rosario (3) count(s) 1, 3 , 5 , 7 . IMPRISONMENT: The defendant is hereby committed to,the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 months. The court makes the following recommendations to the Bureau of Prisons: A judicial recommendation that defendant participate in a drug treatment program. The defendant is remanded to the custody of the United States Marshal. SUPERVISED RELEASE: Upon release from imprisonment, the defendant shall be on supervised release for a term of 60 months. STANDARD CONDITIONS OF SUPERVISION. SPECIAL CONDITIONS OF SUPERVISION: The defendant is to participate in a drug treatment program if necessary, as directed by United States Probation Office. The defendant is to submit to random urinalysis as directed by the United States Probation Office. CRIMINAL MONETARY PENALTIES: The shall pay an assessment of $400.00. FINE: The court determines that the defendant does not have the ability to pay interest and it is ordered that: The interest requirement is waived. (rca) (Entered: 05/19/1998) |
| 05/15/1998 | | **JS3 Closing Card for Francisco A. Duran Terminated Defendant Francisco A. Duran (sad) (Entered: 05/15/1998) |
| 05/15/1998 | | **JS3 Closing Card for Junior Jose Duran Terminated Defendant Junior Jose Duran (sad) (Entered: 05/15/1998) |
| 05/19/1998 | | **JS3 Closing Card for Bernardo Rivera Terminated Defendant Bernardo Rivera (rca) (Entered: 05/19/1998) |

| | | |
|---|---|---|
| 05/19/1998 | | **JS3 Closing Card for Angel Torres Terminated Defendant Angel Torres (rca) (Entered: 05/19/1998) |
| 05/19/1998 | | **JS3 Closing Card for Antonio Rosario Terminated Defendant Antonio Rosario (rca) (Entered: 05/19/1998) |
| 05/28/1998 | 95 | NOTICE of Removal of Surrender of Passport as to Angel Torres , filed. (rca) (Entered: 05/29/1998) |
| 06/03/1998 | | Judgment Returned Executed as to Angel Torres ; on 6/3/98. (rca) (Entered: 06/04/1998) |
| 06/18/1998 | 96 | SENTENCING MEMORANDUM by Sabino Acevedo, filed. c/s. (rca) (Entered: 06/18/1998) |
| 06/18/1998 | | Sentencing held Sabino Acevedo (6) count(s) 1, 6 . (rca) (Entered: 07/02/1998) |
| 06/18/1998 | 98 | Judge Patti B. Saris. CLERK'S NOTES as to Sabino Acevedo re: Sentencing held; Court hears counsel re: appropriate guideline range; defendant does not make statement to the court; the court sentences the defendant as follows: 110 months custody of the A.G. w/Judicial recommendation to participate in a drug treatment program. 60 months supervised release w/conditions. $5,000.00 fine w/o interest. $200.00 special assessment. Defendant informed of right to appeal. Court Reporter: Cloonan (rca) Modified on 07/02/1998 (Entered: 07/02/1998) |
| 06/23/1998 | 97 | MEMORANDUM in support of proposed voucher for payment by Lois M. Lewis. (rca) (Entered: 06/23/1998) |
| 07/01/1998 | 99 | Judge Patti B. Saris . JUDGMENT entered as to Sabino Acevedo (6) count(s) 1, 6 . IMPRISONMENT: the defendant is hereby coimmitted to the custody of the U.S. Bureau of Prisons to be imprisoned for a total term of 110 months. The court makes the following recommendations to the Bureau of Prisons: A judicial recommendation that the defendant participate in a drug treatment program. The defendant is remanded to the custody of the U.S. Marshal. SUPERVISED RELEASE: Upon release from imprisonment, the defendant shall be on supervised release for a term of 60 months. STANDARD CONDITIONS OF SUPERVISION. SPECIAL CONDITIONS OF SUPERVISION: The defendant shall undergo drug treatment as direct by the U.S. Probation Office. The defendant shall submit to random urinalysis as directed by the U.S. Probation Office. The defendant shall obtain employment. CRIMINAL MONETARY PENALTIES: The defendant shall pay the following total criminal monetary penalties: Special assessment $200.00. Fine $5,000.00. (rca) (Entered: 07/02/1998) |
| 07/02/1998 | | **JS3 Closing Card for Sabino Acevedo Terminated Defendant Sabino Acevedo (rca) (Entered: 07/02/1998) |
| 07/02/1998 | | Judgment Returned Executed as to Antonio Rosario ; on 7/2/98. (rca) (Entered: 07/06/1998) |

| | | |
|---|---|---|
| 07/02/1998 | | Judgment Returned Executed as to Bernardo Rivera ; on 7/2/98. (rca) (Entered: 07/06/1998) |
| 09/03/1998 | | Judgment Returned Executed as to Junior Jose Duran ; on 9/3/98. (mr) (Entered: 09/04/1998) |
| 10/23/1998 | | Judgment Returned Executed as to Francisco A. Duran ; on 10/23/98. (mr) (Entered: 10/26/1998) |
| 11/03/1998 | | Judgment Returned Executed as to Sabino Acevedo ; on 10/20/98. (mr) (Entered: 11/04/1998) |
| 03/12/1999 | 100 | Petition for Warrant or Summons for Offender Supervision filed by Probation Office as to Bernardo Rivera . (sad) (Entered: 03/16/1999) |
| 03/12/1999 | | Judge Patti B. Saris . ENDORSED ORDER as to Bernardo Rivera : granting [100-1] miscellaneous as to Bernardo Rivera (4) (sad) (Entered: 03/16/1999) |
| 03/12/1999 | | arrest warrant issued as to Bernardo Rivera . (sad) (Entered: 03/16/1999) |
| 03/15/1999 | | Judge Patti B. Saris Referral to Mag. Judge Joyce L. Alexander as to Bernardo Rivera . Purpose: initial appearance on warrant and bail/detention hearing. (sad) (Entered: 03/16/1999) |
| 03/17/1999 | 104 | CJA 23 FINANCIAL AFFIDAVIT by Bernardo Rivera , as to Bernardo Rivera , filed. (sad) (Entered: 03/19/1999) |
| 03/18/1999 | 101 | Mag. Judge Joyce L. Alexander . CJA appointment for Bernardo Rivera , Attorney appointed. Voucher # 0984891. (jdj) (Entered: 03/18/1999) |
| 03/18/1999 | | ARREST of Bernardo Rivera . (sad) (Entered: 03/19/1999) |
| 03/18/1999 | 103 | Mag. Judge Joyce L. Alexander . CLERK'S NOTES as to Bernardo Rivera , re: probation violation;, set Hearing for 11:00 3/22/99 for Bernardo Rivera ; Court Reporter: tape 99-64 (sad) (Entered: 03/19/1999) |
| 03/19/1999 | 102 | arrest warrant returned executed as to Bernardo Rivera on 3/18/99 . (cmg) (Entered: 03/19/1999) |
| 03/23/1999 | | Probation Revocation Hearing as to Bernardo Rivera held . (tmc) (Entered: 05/12/1999) |
| 03/23/1999 | 105 | Judge Patti B. Saris . CLERK'S NOTES as to Bernardo Rivera re: Revocation hearing held...Counsel state they have entered into an agreed upon disposition to this case; the Court holds colloquy with deft. the court sentences the deft. as follows...time served; 39 months supervised release with conditions ; Court Reporter: MARIE CLOONAN (tmc) (Entered: 05/12/1999) |
| 05/07/1999 | 106 | Judge Patti B. Saris . JUDGMENT for revocation of probation or supervised release entered as to Bernardo Rivera . (follows oral order that the defendant undergo drug treatment pending sentencing in the Bosth area forthwith entered 2/11/98 ) ...the deft. admitted guilt to violation of |

| | | |
|---|---|---|
| | | conditions 2 and Spec. cond. #2 of the term of supervision...the deft. is hereby committed to the custody of the USBOP to be imprisoned for a total term of time served...upon release from prison the deft. shall be on supervised release for a term of 39 months...the deft. shall not possess a firearm...with special conditions...he deft. is to participate in and successfully complete a three month in-patient treatment program as directed by the US Probation Office...the deft. is to submit to random urinalysis as directed by the USPO and to seek and maintain employment...the deft. upon successful completion of the drug treatment program, shall reside at a half-way house, not to exceed 6 months, until suitable housing is obtained...Housing must be approved by the US Probation Office... (tmc) (Entered: 05/12/1999) |
| 05/07/1999 | | CASE NO LONGER REFERRED TO Mag. Judge Joyce L. Alexander . (tmc) (Entered: 05/12/1999) |
| 05/13/1999 | | Case closed as to all defendants, as to Francisco A. Duran, Junior Jose Duran, Antonio Rosario, Bernardo Rivera, Angel Torres, Sabino Acevedo party Sabino Acevedo party Angel Torres party Bernardo Rivera party Antonio Rosario party Junior Jose Duran party Francisco A. Duran (tmc) (Entered: 05/13/1999) |
| 04/26/2001 | | Arrest warrant issued as to Bernardo Rivera . (pc) (Entered: 04/26/2001) |
| 04/26/2001 | | Judge Patti B. Saris Referral to Mag. Judge Joyce L. Alexander as to Bernardo Rivera . Purpose: Initial Appearance on warrant, appointment of counsel, and bail/detention hearing (pc) (Entered: 04/26/2001) |
| 05/22/2001 | | Arrest warrant issued as to Bernardo Rivera. (pc) (Entered: 05/22/2001) |
| 05/29/2001 | 107 | Judge Patti B. Saris . CJA appointment for Bernardo Rivera , Attorney Peter B. Krupp appointed. (fmr) (Entered: 05/30/2001) |
| 05/30/2001 | 108 | NOTICE issued of Hearing/Conference as to Bernardo Rivera, set status conference for 2:00 6/14/01 for Bernardo Rivera (fmr) (Entered: 05/30/2001) |
| 06/14/2001 | | Status conference as to Bernardo Rivera held . (ktb) (Entered: 06/15/2001) |
| 06/14/2001 | 109 | Judge Patti B. Saris . CLERK'S NOTES as to Bernardo Rivera , re: Status Conferencei held re violations of supervised release conditions. Court hold colloquoy with deft. Court allows modifications to conditions of supervised release as set forth in open court on the record. Court Reporter: Marie Cloonon (ktb) (Entered: 06/15/2001) |
| 06/14/2001 | | CASE NO LONGER REFERRED TO Mag. Judge Joyce L. Alexander . (ktb) (Entered: 06/15/2001) |
| 07/10/2001 | 110 | Judge Patti B. Saris . ORDER entered as to Bernardo Rivera Amending Judgment: "After final revocation hearing held on June 14, 2001, it is hereby ORDERED that the Judgment for Revocation of Supervised Release dated May 7, 1999, is amended to include the following special |

| | | |
|---|---|---|
| | | condition of supervised release: The defendant is instructed to remain in the New Victories Program, comply with all rules and regulations of that program, and successfully complete the program." cc/cl. (pc) (Entered: 07/11/2001) |
| 10/24/2001 | 111 | Memorandum by Probation Office as to Antonio Rosario Re: Payment Schedule Policy. (pc) (Entered: 10/24/2001) |
| 10/24/2001 | | Judge Patti B. Saris . ENDORSED ORDER as to Antonio Rosario : granting [111-1] Probation Memorandum of Payment Schedule as to Antonio Rosario (3), cc/cl. (pc) (Entered: 10/24/2001) |
| 11/15/2001 | 112 | NOTICE of payment schedule agreed upon by Probation Office as to Antonio Rosario , filed. (mr) (Entered: 12/04/2001) |
| 11/15/2001 | | Judge Patti B. Saris . ENDORSEMENT as to Antonio Rosario , re: [112-1] notice of payment schedule agreed upon . (mr) (Entered: 12/04/2001) |
| 01/24/2002 | 113 | Request for Modifying the term of supervision filed by Probation Office as to Antonio Rosario. (kf) (Entered: 01/29/2002) |
| 02/14/2002 | 114 | MOTION by Probation, as to Bernardo Rivera to Modify Conditions of Release/Terms of Supervision , filed. (jdj) (Entered: 02/15/2002) |
| 02/14/2002 | | Judge Patti B. Saris . ENDORSED ORDER as to Bernardo Rivera : granting [114-1] motion to Modify Conditions of Release/Terms of Supervision as to Bernardo Rivera (4). cc/prob/cl (jdj) (Entered: 02/15/2002) |
| 10/07/2002 | 115 | Certified copy of transfer order received from Southern District of NY. Junior Jose Duran (ms) (Entered: 10/08/2002) |
| 10/08/2002 | | Judge Patti B. Saris. ENDORSEMENT as to Junior Jose Duran re: [115-1] Probation Transfer. (ms) (Entered: 10/11/2002) |
| 11/15/2002 | 116 | Memo from probation as to Junior Jose Duran re: transfer of juristiction executed (ms) (Entered: 03/12/2003) |
| 10/15/2007 | 117 | Probation Jurisdiction Transferred to District of Rhode Island as to Sabino Acevedo Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Patch, Christine) (Entered: 10/17/2007) |